UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH T. EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C 05-133 MJP |
| ) | |
| WILLIAM HAYES et al., ) | |
| ) | **MINUTE ORDER** |
| Defendants. ) | |
| ) | |

The following minute order is made at the direction of the Honorable James P. Donohue, United States Magistrate Judge:

(1) Plaintiff is proceeding pro se and *in forma pauperis* in this 42 U.S.C. § 1983 action. On July 7, 2005, plaintiff filed a motion for summary judgment. (Dkt. No. 27). The Court granted defendants' motion for an extension of time to respond to the motion, (Dkt. No. 35), and on August 15, 2005, defendants filed a response to plaintiff's motion, together with a cross motion for summary judgment. (Dkt. 36 & 37). The Court therefore RE-NOTES the cross motions for summary judgment for **September 9, 2005.** The parties are advised that any responses to the motions must be filed consistent with the dates set forth in Local Rule 7.

MINUTE ORDER
PAGE -1

01

02     DATED this _____ day of August, 2005.

03

04                                          Bruce Rifkin
                                            Clerk of Court
05

06
                                            s/ Peter H. Voelker
07                                          Peter H. Voelker
                                            Deputy Clerk
08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
PAGE -2